UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA YUAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | Case No. CV 10-1453 RSWL(JC)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and plaintiff's objections to the Report and Recommendation ("Objections").  The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made.  The Court concurs with and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

　　　　IT IS HEREBY ORDERED:  (1) plaintiff's motion for summary judgment, motion for judgment on the pleadings and for summary judgment, motion for

1 declaratory judgment, and motion to submit plaintiff's motion for summary
2 judgment are denied; (2) defendant Judge Karla Kerlin's motion to dismiss is
3 granted and this action is dismissed against such defendant with prejudice and
4 without leave to amend; (3) defendants' Motion to Stay is granted; (4) the instant
5 action is stayed as to all parties, except dismissed defendant Judge Kerlin, until
6 final resolution of the Los Angeles County Superior Court case entitled <u>People v.</u>
7 <u>Lisa Yuan</u>, Case No. 8CA13868; and (5) defendants shall file periodic status
8 reports as directed by the Magistrate Judge.
9      IT IS FURTHER ORDERED that the Clerk (1) remove this case from the
10 Court's active case load for the duration of the stay; and (2) serve copies of this
11 Order and the United States Magistrate Judge's Report and Recommendation on
12 plaintiff and on defendants' counsel.

14 IT IS SO ORDERED.

16 DATED: September 10, 2010

18                         RONALD S.W. LEW
                        _____
19                         HONORABLE RONALD S.W. LEW
                        SENIOR UNITED STATES DISTRICT JUDGE