JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA YUAN, | Case No. CV 10-1453-RSWL (SP) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to the Memorandum and Order Dismissing Action,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: February 27, 2012

RONALD S.W. LEW
_____
HONORABLE RONALD S. W. LEW
Senior, U.S. District Court Judge